IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAWA, INC., a corporation of the State of New Jersey,<br><br>    Plaintiff,<br><br>    v.<br><br>THE GOVERNMENT OF NEW CASTLE COUNTY, DELAWARE, a political subdivision of the State of Delaware,<br><br>    Defendant. | C.A. No. 04-322-KAJ |

## **ORDER**

Defendant Government of New Castle County having moved for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(b), and the Court having reviewed the papers filed in this matter,

IT IS HEREBY ORDERED this _____ day of _____, 2005, that Defendant New Castle County's Motion for Summary Judgment is granted and the Complaint against it is dismissed with prejudice.

                                          IT IS SO ORDERED

                                          _____
                                          U.S.D.C.J.

                                                    NEW CASTLE COUNTY LAW

                                                    /s/ Brian J. Merritt
                                                    Brian J. Merritt (#3982)
                                                    Assistant County Attorney
                                                    87 Reads Way
                                                    New Castle, DE  19720
Dated: March 16, 2005                    302-395-5130