IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

|  |  |
|---|---|
| WAWA, INC., a corporation of the State of New Jersey, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 04-322-KAJ |
| THE GOVERNMENT OF NEW CASTLE COUNTY, DELAWARE, a political subdivision of the State of Delaware, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

_____)

## CERTIFICATE OF SERVICE

I, Brian J. Merritt, Esq., hereby certify that on this 16th day of March, 2005, two copies of Defendant Government of New Castle County's Cross-Motion for Summary Judgment Judgment was mailed via U.S. mail, postage prepaid to counsel at the following address:

Matthew F. Lintner, Esquire (#4371)
222 Delaware Avenue – 10th Fl.
P.O. Box 2306
Wilmington, DE 19899

              NEW CASTLE COUNTY LAW DEPARTMENT

              /s/ Brian J. Merritt
              Brian J. Merritt, Assistant County Attorney (#3982)
              New Castle County Law Department
              87 Reads Way
              New Castle, DE 19720
              (302) 395-5130

Dated: March 16, 2005

Case 1:04-cv-00322-KAJ    Document 28    Filed 03/16/2005    Page 2 of 2