IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAWA, INC., a corporation of the State of New Jersey, <br><br> Plaintiff, <br><br> v. <br><br> THE GOVERNMENT OF NEW CASTLE COUNTY, DELAWARE, a political subdivision of the State of Delaware, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 04-322-KAJ ) ) ) ) ) ) ) ) ) |

**CERTIFICATE OF SERVICE**

I, Brian J. Merritt, Esq., hereby certify that on this 16th day of March, 2005, two copies of Defendant Government of New Castle County's Cross-Motion for Summary Judgment Judgment was mailed via U.S. mail, postage prepaid to counsel at the following address:

Matthew F. Lintner, Esquire (#4371)
222 Delaware Avenue – 10th Fl.
P.O. Box 2306
Wilmington, DE 19899

                              NEW CASTLE COUNTY LAW DEPARTMENT

                              /s/ Brian J. Merritt
                              Brian J. Merritt, Assistant County Attorney (#3982)
                              New Castle County Law Department
                              87 Reads Way
                              New Castle, DE 19720
                              (302) 395-5130

Dated: March 16, 2005