IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAWA, INC., a corporation of the State of New Jersey, ) ) ) ) Plaintiff, ) ) v. ) ) THE GOVERNMENT OF NEW CASTLE ) COUNTY DELAWARE, a political ) subdivision of the State of Delaware, ) ) Defendant. ) | Civil Action No. 04-322-KAJ |

### ORDER

The court, having considered the plaintiff's April 18, 2005 letter (D.I. 32);

IT IS HEREBY ORDERED that:

1. The pretrial conference scheduled for June 28, 2005 at 4:30, and the 4 day bench trial scheduled to begin July 5, 2005 at 9:00 a.m. are VACATED; and

2. Oral argument on the parties summary judgment motions (D.I. 23 and 26) shall be held on July 5, 2005, commencing at 10:00 a.m., in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

April 20, 2005
Wilmington, Delaware